# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9467657 | Zweck | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/17/2025 1513 | MTA 21-801.1 |

Place of Offense: Porter Street Fort Detrick MD

Offense Description: Factual Basis for Charge　　HAZMAT ☐

MTA 21-801.1 Exceed max speed 35mph in a 25mph zone

### DEFENDANT INFORMATION

Phone: [redacted]

Last Name: AYANA　　MOTUMA　　DANIEL

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Body | Color |
|---|---|---|---|---|---|
| 1GVH05 | MD | 19 | HYUN | SD | Gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Drive Fort Detrick MD 21702

Date: TBD　　Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9467657*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Nov 17, 20 25 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20251117 at 1513HRS I observed a Gray IGV Hyundai bearing MD REG 1GVH05 Traveling WB on Porter Street at a high rate of speed. My visual observation was confirmed by RADAR/LIDAR with an audio/Digital Display of 35mph in a clearly posted 25mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Ayana by their driver's license.

The foregoing statement is based upon:
☒ my personal observation　　☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/17/2025　　Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____　　U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident